IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | CR. NO. 05-00136-CG |
| ) | |
| **DUSTIN LAVENDER,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

This matter is before the court on the United States' Motion pursuant to Rule 35, Federal Rules of Criminal Procedure. (Doc. 55). The United States asks the court to reduce the defendant's sentence by fifty per cent (50 %) because he provided, post-sentencing, substantial assistance in the prosecution of his co-defendant, Theodric Childs.

Upon due consideration of the ground presented, the court finds that the United States' motion is well taken and hereby **GRANTS** the motion for the reason stated in the motion.

Therefore, it is **ORDERED** that defendant **DUSTIN LAVENDER**'s sentence hereby is amended, and his term of imprisonment hereby is reduced from twenty-four (24) months to twelve (12) months, to run consecutively to any sentence imposed by the state court. All other terms and conditions of the sentence and judgment remain the same.

Done this 13th day of July, 2006.

/s/ Callie V. S. Granade  
CHIEF UNITED STATES DISTRICT JUDGE